**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
JEFFREY A. MARTINOVICH,             :
                                    :    Civ. No. 18-621(RMB)
            Petitioner,             :
                                    :
    v.                              :    **MEMORANDUM AND ORDER**
                                    :
WARDEN DAVID E. ORTIZ,              :
                                    :
            Respondent.             :
_____ :

Petitioner, an inmate incarcerated in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a Petition For a Writ of Habeas Corpus Under 28 U.S.C. § 2241, challenging the Bureau of Prison's security classification and denial of transfer. (Pet., ECF No. 1 at 3.) On February 20, 2018, Respondent filed a letter requesting that the Court dismiss the petition as moot because the Bureau of Prisons ("BOP") gave Petitioner the relief he requested[1] by removing the Greater

---

[1] Petitioner also requested that the Court order the BOP to transfer him to a minimum security facility closest to his home. (Pet., ECF No. 1, ¶14.) The Court does not have jurisdiction under § 2241 if the petitioner does not challenge the fact or duration of confinement but only a condition of confinement. Beckley v. Miner, 125 F. App'x 385, 388 (3d Cir. 2005) (citing DeWalt v. Carter, 224 F.3d 607, 617 (7th Cir. 2000)); see Ganim v. Federal Bureau of Prisons, 235 F. App'x 882, 883 (3d Cir. 2007) (district court lacked jurisdiction under § 2241 to address challenge to BOP's decision not to transfer petitioner from federal prison in New Jersey to a similar facility in New York). Therefore, Petitioner

Security Management Variable from him. (Letter, ECF No. 11; Declaration of Tara Moran, ECF No. 11-2.) For good cause shown,

**IT IS,** therefore, **on this 23rd day of February, 2018,**

**ORDERED** that Petitioner's Petition For a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED as moot; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on Petitioner by U.S. mail; and it is further

**ORDERED** that the Clerk shall close this matter.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**

---

has received all relief he is entitled to under the petition, and the petition is moot.